No. 601. ISAAC G. JOHNSON & COMPANY *v.* PEOPLE OF THE STATE OF NEW YORK. December 12, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. John J. McKelvey, Morgan J. O'Brien* and *Martin Conboy* for petitioner. *Mr. Albert Ottinger,* Attorney General of New York, for respondent.

No. 602. ANTONIO FANTAUZZI *v.* JOSÉ ESTEBAN GARCIA. December 12, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis E. Neagle* for petitioner. *Mr. E. B. Wilcox* for respondent.

No. 604. FANNIE D. LAKE ET AL. *v.* CENTRAL SAVINGS BANK OF OAKLAND. December 12, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Charles Reagh* for petitioners. *Messrs. R. M. Fitzgerald* and *Charles A. Beardsley* for respondent.

No. 613. LEHIGH VALLEY RAILROAD COMPANY *v.* THE STATE OF RUSSIA; and

No. 614. SAME *v.* SAME. December 12, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles A. Boston, George S. Hobart* and *Frederic D. McKenney* for petitioner. *Messrs. Frederic R. Coudert, Hartwell Cabell, Mahlon B. Doing* and *Blaine S. Sturgis* for respondent.

No. 617. JOSEPH Y. ZOTTARELLI AND NICOLA SALUPO *v.* UNITED STATES. December 12, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr Joseph C. Breitenstein* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Lühring* and *Mr. Harry S. Ridgely* for the United States.